Adam J. Fiss, Bar No. 211799
afiss@littler.com
Nicholas C. Lansdown, Bar No. 312915
nlansdown@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
Telephone:    408.998.4150
Facsimile:    408.288.5686

Attorneys for Defendants
AHEAD, INC., LINCOLN NATIONAL
CORPORATION, and STEPHEN CHIENG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MUNTHER KHADDOUR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AHEAD, INC., an Illinois corporation; LINCOLN NATIONAL CORPORATION, and Indiana corporation; STEPHEN CHIENG, and individual; and Does 1 through 30, inclusive,<br><br>Defendants. | Case No.  4:26-cv-00079-HSG<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT STEPHEN CHIENG TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(A) AND ORDER**<br><br><br>Trial Date:      TBD<br>Complaint Filed: December 1, 2025<br>Removal: January 5, 2026 |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
408.998.4150

CASE NO. 4:26-cv-00079-HSG

STIPULATION TO EXTEND TIME FOR DEFENDANT STEPHEN CHIENG TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(A) AND ORDER

Pursuant to Northern District of California Local Rule 6-1, Plaintiff and Defendant Stephen Chieng, by and through their undersigned counsel, hereby stipulate to an extension of time for Defendant Chieng to answer or otherwise respond to Plaintiff's Complaint from February 3, 2026, to February 17, 2026. The parties have agreed to engage in meet and confer discussions regarding potential amendments to the Complaint in an effort to avoid motion practice.  The parties plan to continue those discussions during this extension period.

The present extension will not affect any other pending dates previously established by the Court, nor will this extension impact, alter, impede, and/or prevent Plaintiff from filing a motion to remand.  The parties hereby agree that Plaintiff does not waive his right to file a motion to remand this matter by executing this stipulation, and that execution of this stipulation shall not prevent Plaintiff from seeking remand.

**IT IS SO STIPULATED.**

Dated: February 3, 2026

MARQUEE LAW GROUP, A.P.C.


*/ s / Amiel Azizollahi*
Gary S. Brotman
Amiel Azizollahi

Attorneys for Plaintiff
MUNTHER KHADDOUR


Dated: February 3, 2026

LITTLER MENDELSON, P.C.


*/ s / Nicholas Lansdown*
Adam J. Fiss
Nicholas C. Lansdown

Attorneys for Defendants
AHEAD, INC., LINCOLN NATIONAL CORPORATION, and STEPHEN CHIENG

STIPULATION TO EXTEND TIME FOR DEFENDANT STEPHEN CHIENG TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(A) AND ORDER

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
408.998.4150

## ECF ATTESTATION

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

DATED:  February 3, 2026

By:  _/ s / Nicholas Lansdown_

Adam J. Fiss
Nicholas C. Lansdown
Attorneys for Defendants

## ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1.      Defendant Stephen Chieng is granted an extension of time to answer or otherwise respond to Plaintiff's Complaint from February 3, 2026 to February 17, 2026.

**IT IS SO ORDERED.**

Dated:  2/4/2026

Hon. Judge Haywood S. Gilliam, Jr.

U.S. District Court Judge

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
408.998.4150

STIPULATION TO EXTEND TIME FOR DEFENDANT STEPHEN CHIENG TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(A) AND ORDER