Adam J. Fiss, Bar No. 211799
afiss@littler.com
Nicholas C. Lansdown, Bar No. 312915
nlansdown@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
Telephone:    408.998.4150
Facsimile:    408.288.5686

Attorneys for Defendants
AHEAD, INC., LINCOLN NATIONAL
CORPORATION, and STEPHEN CHIENG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| MUNTHER KHADDOUR, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>AHEAD, INC., an Illinois corporation; LINCOLN NATIONAL CORPORATION, and Indiana corporation; STEPHEN CHIENG, and individual; and Does 1 through 30, inclusive,<br><br>    Defendants. | Case No. 4:26-cv-00079-HSG<br><br>**JOINT STIPULATION TO REMAND REMOVED ACTION BACK TO STATE COURT; ORDER**<br><br><br>Trial Date:    TBD<br>Complaint Filed: December 1, 2025<br>Removal: January 5, 2026 |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
408.998.4150

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Munther Khaddour ("Plaintiff") and Defendants AHEAD, Inc., Lincoln National Corporation, and Stephen Chieng ("Defendants") (collectively, "the Parties"), by and through their respective counsel of record, hereby submit the following Joint Stipulation to Remand Case to State Court as follows:

WHEREAS, Plaintiff filed this civil action on December 1, 2025, in the Superior Court of the State of California, County of Alameda, Case No. 25CV157199;

WHEREAS, on January 5, 2026, Defendants AHEAD, Inc. and Lincoln National Corporation filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, asserting diversity jurisdiction on the basis that the only served defendants at the time were diverse;

WHEREAS, on January 13, 2026, Plaintiff served Defendant Stephen Chieng, a resident of California;

WHEREAS, on February 3, 2026, Plaintiff filed a Motion to Remand, alleging that removal was improper because the presence of a properly served, non-diverse defendant (Mr. Chieng) eliminated complete diversity jurisdiction;

WHEREAS, on February 13, 2026, counsel for the Parties met and conferred regarding (1) Plaintiff's Motion to Remand and (2) Defendants' position that certain claims alleged against Defendant Stephen Chieng were barred as a matter of law;

WHEREAS, during the Parties' February 13, 2026 meet-and-confer, the Defendants agreed to stipulate to remand this matter to the Superior Court of California, County of Alameda, contingent upon Plaintiff's agreement to dismiss Defendant Stephen Chieng;

WHEREAS, on February 13, 2026, Plaintiff agreed to dismiss Defendant Stephen Chieng without prejudice;

WHEREAS, Defendants' counsel further agreed that Defendants will not remove this matter again after remand, provided that no claim remains giving rise to federal question jurisdiction.

THEREFORE, Plaintiff and Defendants, by and through their counsel, stipulate as follows:

1. This matter shall hereby be remanded back to Alameda County Superior Court.

2. Within seven (7) calendar days of this matter being returned to the jurisdiction of the Alameda

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
408.998.4150

JOINT STIPULATION TO REMAND CASE TO STATE COURT; ORDER

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
408.998.4150

County Superior Court, Plaintiff agrees to file a request for dismissal form to dismiss Defendant Stephen Chieng only, without prejudice from this matter.

3. After this matter is back within the jurisdictions of Alameda County Superior Court, Defendants AHEAD, Inc. and Lincoln National Corporation will not remove this case from Alameda County Superior Court again so long as there remains no federal question jurisdiction.

**IT IS SO STIPULATED.**

Respectfully submitted,

MARQUEE LAW GROUP, A.P.C.

Dated:  February 17, 2026

*/ s / Amiel Azizollahi*
Gary S. Brotman
Amiel Azizollahi

Attorneys for Plaintiff
MUNTHER KHADDOUR

Dated:  February 17, 2026

LITTLER MENDELSON, P.C.

*/ s / Nicholas Lansdown*
Adam J. Fiss
Nicholas C. Lansdown

Attorneys for Defendants
AHEAD, INC., LINCOLN NATIONAL CORPORATION, and STEPHEN CHIENG

**ECF ATTESTATION**

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated:  February 17, 2026

By:  */ s / Nicholas Lansdown*
Adam J. Fiss
Nicholas C. Lansdown
Attorneys for Defendants

JOINT STIPULATION TO REMAND CASE TO STATE COURT; ORDER

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation and good cause appearing therefore, hereby orders as follows: The Stipulation is **GRANTED**.

The District Court Clerk is directed to enter this Order, serve copies on all counsel, and mail a certified copy of this Order to the Clerk of the Alameda County Superior Court, and close this file

**IT IS SO ORDERED.**

Dated: 2/17/2026

Hon. Judge Haywood S. Gilliam, Jr.
U.S. District Court Judge

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
408.998.4150

4                                    CASE NO. 4:26-cv-00079-HSG

JOINT STIPULATION TO REMAND CASE TO STATE COURT; ORDER